Candice L. Fields (State Bar No. 172174)
**CANDICE FIELDS LAW**
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone: (916) 414-8050
Facsimile:  (916) 790-9450
Email:  cfields@candicefieldslaw.com

Landon D. Bailey (State Bar No. 240236)
**BAILEY PLC**
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
Telephone:  (916) 713-2580
Email:  landon@baileyplc.com

Attorneys for Defendant Sandra K. Davis

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re | CHAPTER 11 CASE |
| AME ZION WESTERN EPISCOPAL DISTRICT, | ASE NO. 20-23726 (FEC) |
| Debtor. | |
| AME ZION CHURCH OF PALO ALTO, INC., | ADVERSARY PROCEEDING NO. 2021-02005 (FEC) |
| Plaintiff, | **DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF, DECLARATORY JUDGMENT, QUIET TITLE, RESCISSION, CONCEALMENT FRAUD AND UNJUST ENRICHMENT AND AFFIRMATIVE DEFENSES** |
| v. | |
| AME ZION WESTERN EPISCOPAL DISTRICT, a California corporation, STACCATO POWELL, LEWIS CLINTON, SHEILA QUINTANA, SANDRA K. DAVIS, JAWAAD LOVE, CHICAGO TITLE COMPANY, as Trustee, THE DELLHEIM FAMILY TRUST, DANA DELLHEIM as Trustee for the DELLHEIM FAMILY TRUST, | Filed:     March 10, 2021<br>Dept:     A, Courtroom 28<br>Judge:    Hon. Fredrick E. Clement |

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

1   LANCE EVIC, KEVIN & MARCI
    GOODE, HLTN LOANS, an Arizona
2   limited liability company, LISA MOTES,
    THE BLEECKER FAMILY TRUST,
3   JEFFREY SCOTT BLEECKER, as trustee
    for THE BLEECKER FAMILY TRUST,
4   CALIFORNIA TD SPECIALISTS, as
    Trustee, BRAD EVANS, MATTHEW
5   HILL, ROGER WENDELKEN
    REVOCABLE LIVING TRUST,
6   YOSEMITE CAPITAL LLC, a California
    limited liability company, MARCUS &
7   MILLICHAP REAL ESTATE
    INVESTMENT SERVICES, INC. and
8   DOES 1 through 50, inclusive,

9                  Defendants.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

Defendant Sandra K. Davis ("Davis"), by and through her undersigned counsel of record, hereby responds to the "Complaint For Preliminary and Permanent Injunctive Relief, Declaratory Judgment, Quiet Title, Rescission, Concealment Fraud and Unjust Enrichment ("Complaint") filed by AME Zion Church of Palo Alto, Inc. ("Plaintiff"), and states as follows:

**<u>ANSWER TO COMPLAINT</u>**

1.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

2.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

3.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

4.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

5.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

6. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

7. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

8. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

9. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

10. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

11. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

the right to amend her response to this paragraph, including by asserting additional objections.

12.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

13.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

14.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

15.      Davis admits that this paragraph describes the relief sought by Plaintiff in this action against the Defendants. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

16.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

17.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves

3

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

the right to amend her response to this paragraph, including by asserting additional objections.

18.        Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

19.        Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

20.        Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

21.        Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

22.        Davis admits that she is an individual residing in the State of California. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

23.        Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

24.        Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

25. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

26. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

27. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

28. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

29. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

30. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

31. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

32.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

33.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

34.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

35.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

36.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

37.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

38.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

39.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

40.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

41.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

42.      Davis admits that she is informed and believes based on the pleadings in this matter that the Debtor in this proceeding under Chapter 11 of the Bankruptcy Code is a defendant in this matter, as this is evident from the pleadings and a matter of public record. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

43.      This paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

44.      This paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

45.      This paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

46.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

47.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

48.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

49.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

50.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

51.      Davis lacks knowledge or information sufficient to form a belief as to the truth or

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

52.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

53.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

54.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

55.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

56.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

57.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

58.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

59.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

60.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

61.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

62.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

63.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

64.     Davis lacks knowledge or information sufficient to form a belief as to the truth or

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

65. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

66. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

67. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

68. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

69. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

70. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

71.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

72.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

73.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

74.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

75.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

76.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

77.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

78.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

79.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

80.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

81.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

82.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

83.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

84.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis

asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

85.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

86.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

87.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

88.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

89.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

90.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

the right to amend her response to this paragraph, including by asserting additional objections.

91.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

92.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

93.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

94.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

95.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

96.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

97.     Davis lacks knowledge or information sufficient to form a belief as to the truth or

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

98.      Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

99.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

100.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

101.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

102.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

103.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

104.　　　Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

105.　　　Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

106.　　　Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

107.　　　Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

108.　　　Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

109.　　　Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

110.　　　Davis lacks knowledge or information sufficient to form a belief as to the truth or

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

111.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

112.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

113.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

114.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

115.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

116.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

117.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

118.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

119.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

120.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

121.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

122.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

123.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves

the right to amend her response to this paragraph, including by asserting additional objections.

124. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

125. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

126. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

127. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

128. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

129. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

130.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

131.     Davis realleges and incorporates by reference her response to all the allegations contained in each of the paragraphs set forth above, as if fully set forth herein. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

132.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

133.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

134.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

135.     Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

136.    Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

137.    Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

138.    Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

139.    Davis denies that she knowingly engaged in or participated in any "fraud" or that the "public interest will be served" by the issuance of an injunction against her, denies that there is any necessity for any injunction against her, and denies that she would "inflict material harm on University AME Zion" absent issuance of injunctive relief by the Court. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

140.    Davis denies that there is any necessity for any injunction against her, and denies

that she would "inflict material harm on University AME Zion" absent issuance of injunctive relief by the Court. Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

141.      Davis denies that injunctive relief against her is "necessary" or "appropriate." Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

142.      Davis realleges and incorporates by reference her response to all the allegations contained in each of the paragraphs set forth above, as if fully set forth herein. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

143.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

144.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

145.      Davis lacks knowledge or information sufficient to form a belief as to the truth or

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

146.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

147.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

148.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

149.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

150.      Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

the right to amend her response to this paragraph, including by asserting additional objections.

151.     Davis denies that a declaratory judgment against her is either "necessary" or "appropriate." Davis lacks knowledge or information sufficient to form a belief as to the truth or falsity of some or all of the factual allegations asserted by Plaintiff in this paragraph. Further, this paragraph asserts certain legal conclusions that do not require a substantive response. Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

152.     The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

153.     The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

154.     The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

155.     The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

156.     The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim

25

that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

157.    The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

158.    The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

159.    The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

160.    The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

161.    The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

paragraph, including by asserting additional objections.

162. The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

163. The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

164. The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

165. The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

166. The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

167. The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

168.     The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

169.     The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

170.     The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

171.     The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

172.     The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

173.      The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

174.      The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

175.      The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

176.      The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

177.      The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

178.      The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

179.　　　The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

180.　　　The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

181.　　　The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

182.　　　The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

183.　　　The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

184.　　　The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim

30

that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

185.	The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

186.	The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

187.	The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

188.	The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

189.	The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

paragraph, including by asserting additional objections.

190. The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

191. The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

192. The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

193. The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

194. The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

195. The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

196.    The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

197.    The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

198.    The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

199.    The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

200.    The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

201.         The allegations set forth by Plaintiff in this paragraph relate exclusively to a claim that has been dismissed as to Davis. Davis is therefore under no obligation to respond to this paragraph. Insofar as any response is required, Davis asserts her Fifth Amendment privilege and declines to respond further. Davis expressly reserves the right to amend her response to this paragraph, including by asserting additional objections.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

As a separate and affirmative defense to the Complaint, and to each purported cause of action asserted against Davis therein, Davis asserts pursuant to Federal Rule of Civil Procedure 9 and 12(b)(6), and other and further applicable statutory and case law, that the Complaint, and each purported cause of action asserted against her therein, fails to state a claim against Davis and fails to allege facts sufficient to constitute a cognizable claim upon which relief could be granted. Accordingly, the Complaint and all causes of action asserted therein against Davis should be dismissed.

### SECOND AFFIRMATIVE DEFENSE

### (No Factual Basis For Necessity of Injunction)

As a separate and affirmative defense to the Complaint, Plaintiff's First Cause of Action for "Section 105 Preliminary and Permanent Injunction" fails because the Complaint fails to plead facts supporting the existence of a reasonable basis for reasonably suspecting that Davis, if not restrained in the manner sought by the Complaint, would engage in the conduct sought to be enjoined.

### THIRD AFFIRMATIVE DEFENSE

### (No Standing For Declaratory Relief)

As a separate and affirmative defense to the Complaint, Plaintiff's Second Cause of Action for "Declaratory Judgment" fails because the Complaint fails to plead facts supporting the existence of a justiciable case or controversy as to Davis, and Plaintiff's Declaratory Judgment claim is therefore not supported by Article III standing as to Davis.

### FOURTH AFFIRMATIVE DEFENSE

### (Reservation of Rights/Non-Waiver)

Davis hereby expressly reserves her right to assert other and further additional defenses, including but not limited to affirmative defenses, based upon further investigation and/or discovery, and/or any and all other facts and circumstances subsequently revealed throughout the course of this action. Davis further expressly reserves the right to amend and/or supplement this Answer and/or these Affirmative Defenses, and asserts that any such amendments or supplements shall relate back to the filing of this Answer and these Affirmative Defenses.

### <u>PRAYER FOR RELIEF</u>

Davis prays for relief and judgment as follows:

1. That the Court deny Plaintiff's prayer for relief as to Davis in its entirety;

2. That the Court enter judgment in favor of Davis and against Plaintiff;

3. That the Court award Davis her costs of suit reasonably incurred in this action, plus interest at the maximum legal rate;

4. That the Court award Davis any other and further relief it should deem appropriate.


Dated: July 27, 2021                    BAILEY PLC


                                        By: /s/ *Landon D. Bailey*_____
                                            Landon D. Bailey
                                            Attorneys for Defendant
                                            Sandra K. Davis


Dated: July 27, 2021                    CANDICE FIELDS LAW


                                        By: /s/ *Candice L. Fields*_____
                                            Candice L. Fields
                                            Attorneys for Defendant
                                            Sandra K. Davis

DEFENDANT SANDRA K. DAVIS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES